UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY MICHAEL FLINT,

    Plaintiff,

v.

    Case No. 2:21-cv-35

    Hon. Hala Y. Jarbou

DAWN EICHER, et al.,

    Defendants.
_____/

**ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 59) is **ADOPTED IN PART** and **REJECTED IN PART**. The R&R is adopted insofar as it recommends dismissing claims against Corizon, dismissing the § 1983 claims against the MDOC, and dismissing the state law claims; and rejected insofar as it recommends dismissing the ADA claim against the MDOC and the § 1983 claims against Knack and Wellman in their individual capacities.

**IT IS FURTHER ORDERED** that Plaintiff's objection (ECF No. 60) to the disposition in the R&R is **SUSTAINED IN PART** and **OVERRULED IN PART**.

**IT IS FURTHER ORDERED** that Defendants Eicher, Damron, Knack, Wellman and the Michigan Department of Corrections' (MDOC) motion for partial summary judgment (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to the § 1983 claims against the MDOC and Defendants Eicher, Damron, Knack, and Wellman in their official capacities. The motion is denied as to the remaining claims.

**IT IS FURTHER ORDERED** that Defendant Corizon's motion for summary judgment and dismissal (ECF No. 37) is **GRANTED**.

2

**IT IS FURTHER ORDERED** that Plaintiff's conspiracy claims are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that Defendant Corizon is **DISMISSED** from the case.

The claims remaining in this case are the § 1983 claims against Defendants Eicher, Damron, Knack and Wellman in their individual capacities and the ADA claim against the MDOC.

Date:  January 24, 2022  /s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE