UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY MICHAEL FLINT,

    Plaintiff,

v.

DAWN EICHER, et al.,

    Defendants.

_____/

Case No. 2:21-cv-35

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 122) is **ADOPTED IN PART** and **REJECTED IN PART**. The R&R is adopted insofar as it recommends (1) denying Plaintiff Flint's motion for partial summary judgment; (2) granting Plaintiff Flint's motion to expand the record with newly discovered evidence; and (3) granting summary judgment to Defendants Eicher and Damron. It is rejected insofar as it recommends denying summary judgment to Defendants Knack, Wellman, and MDOC.

**IT IS FURTHER ORDERED** that Defendants Knack, Wellman, and MDOC's objections (ECF No. 123) to the dispositions in the R&R are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Flint's objections (ECF No. 124) to the dispositions in the R&R are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Flint's motion for partial summary judgment (ECF No. 73) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Flint's motion to expand the record with newly discovered evidence (ECF No. 92) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Eicher, Damron, Knack, Wellman, and the MDOC's motion for summary judgment (ECF No. 94) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Eicher, Damron, Knack, Wellman, and the MDOC are **DISMISSED** from this case because they are entitled to summary judgment.

Dated: March 28, 2023          /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE